IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE RAMON RIVERA ROSA, et al., | |
| Plaintiffs, | |
| v. | CIVIL NO. 98-1734 (RLA) |
| MINDY LEE CORPORATION, et al., | |
| Defendants. | |

### MINUTES OF SETTLEMENT CONFERENCE HELD ON AUGUST 24, 1999 AND SCHEDULING FURTHER STATUS CONFERENCE

At the Settlement Conference held on August 24, 1999 from 10:45 a.m. to 12:00 noon plaintiff was represented by ANIBAL ESCANELLAS RIVERA, ESQ. Defendant MINDY LEE CORP. was represented by CARLOS J. GROVAS-PORRATA, ESQ. Also present was ODEMARIS CHACON-VARONA presently working with defense counsel.

**Correction to ISC Memorandum**

Defendant's Motion Requesting Correction in Joint ISC Memorandum, filed on August 5, 1999 (docket No. **29**), is **GRANTED**. Accordingly, the record is corrected to reflect that the accurate date of plaintiff's termination is **June 18, 1997** and not July 18, 1997 as previously indicated.

AO 72
(Rev 8/82)

CIVIL NO. 98-1734 (RLA)                                                          Page 2

### Experts' Discovery

Defendant's Motion Requesting Extension of Time to Submit Expert Witness' Report, filed on August 10, 1999 (docket No. 31) is **MOOT**.

Defendant's Motion Requesting Second Extension of Time to Submit Expert Witness' Report, filed on August 23, 1999 (docket No. 37) is **GRANTED**.

Accordingly, the report of DR. HAYDEE COSTAS shall be provided to opposing counsel **on or before September 2, 1999**. Her deposition, if warranted, shall be taken on **September 15, 1999**.

The parties advised that DR. ESCABI, plaintiff's treating psychiatrist, will be deposed on **September 16, 1999**.

The parties having stipulated as to the proper method for calculating front pay no economic expert will be needed in this case.

### Amendment to Complaint

Plaintiffs argued their reasons for having requested leave to include additional defendants at this stage of the proceedings. It is plaintiffs' position that all corporate entities function interchangeably in the manufacturing operation and that all share the same officers and directors. Further, plaintiffs indicated that the information pertaining to the corporations was recently

CIVIL NO. 98-1734 (RLA)                                                Page 3

---

discovered. Defendant's counsel vehemently opposed any amendments to the complaint as untimely.

The Motion Requesting Leave to File Amended Complaint to Join an Additional Defendant, filed on August 13, 1999 (docket No. **33**) is **GRANTED**. The Second Amended Complaint tendered on even date naming: (1) RONI BRA INC., (2) S.K. BRA, INC. and (3) CARNIVAL CREATION, INC. as additional defendants shall be **FILED**.

Service of process upon: (1) RONI BRA INC., and (2) S.K. BRA, INC. shall be effected **on or before September 10, 1999**. Attorney GROVAS-PORRATA will accept service on their behalf.

Plaintiffs shall serve CARNIVAL CREATION, CORP. with process **no later than September 30, 1999**.

### Additional Witnesses

Plaintiffs were allowed to add (1) SELLY SEISE and (2) ENRIQUE VELEZ to their list of witnesses. The deposition of MR. VELEZ will be taken on **October 13, 1999** and MS. SEISE will be deposed on **October 15, 1999**. Attorney GROVAS-PORRATA will serve the deponents with the necessary subpoenas.

### Unknown Defendants

The unknown defendants listed in the complaint are **DISMISSED**. Judgment shall be entered accordingly.

**Settlement**

Settlement was discussed. The Court was informed that defendant had rejected plaintiffs' initial settlement proposal. MR. GROVAS-PORRATA will approach his client to explore settlement again in view of the recent procedural developments in the case.

**Further Status Conference**

A FURTHER STATUS CONFERENCE is scheduled for **January 20, 2000 at 2:30 p.m.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 30 day of August, 1999.

s/c to
Anibal Escanellas Rivera
Carlos Grovas Porrata
James Belk Arce

RAYMOND L. ACOSTA
United States District Judge