IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE RAMON RIVERA ROSA,
et al.,

    Plaintiffs,

v.                      CIVIL NO. 98-1734 (RLA)

MINDY LEE CORPORATION,
et al.,

    Defendants.

## JUDGMENT DISMISSING UNKNOWN DEFENDANTS

The Court having dismissed the unknown defendants listed in the complaint through its Order issued on this date, it is hereby

ORDERED AND ADJUDGED that the claims asserted against the unknown defendants be and the same are hereby **DISMISSED**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 30 day of August, 1999.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)