**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**



RECEIVED & FILED
1999 SEP 10  AM 8:40

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

JUAN RAMON RIVERA-ROSA

       V.                **CIVIL NO. 98-1734 (RLA)**

MINDY LEE CORPORATION

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 9/7/99   **Docket # 41** | **DENIED.** |
| [X] **Def.** | |
| **Title:** MOTION FOR RECONSIDERATION REGARDING PLAINTIFFS' NEW ADDITIONAL WITNESSES | |

September 9 , 1999
     **Date**

**RAYMOND L. ACOSTA**
**U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # 42 |

3