IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE RAMON RIVERA ROSA,
et al.,

    Plaintiffs,

v.

MINDY LEE CORPORATION,
et al.,

    Defendants.

ENTERED ON DOCKET
11/18/99 PURSUANT
TO FRCP RULES 58 & 79a

CIVIL NO. 98-1734 (RLA)

## PARTIAL JUDGMENT DISMISSING RONI BRA INC., S.K. BRA, INC. and CARNIVAL CREATION, INC.

The Court having dismissed the claims asserted against codefendants: (1) RONI BRA INC., (2) S.K. BRA, INC. and (3) CARNIVAL CREATION, INC. through its Order issued on this date, it is hereby

ORDERED AND ADJUDGED that the claims asserted against codefendants: (1) RONI BRA INC., (2) S.K. BRA, INC. and (3) CARNIVAL CREATION, INC. be and the same are hereby **DISMISSED**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 14th day of November, 1999.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)