IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC 15 AM 7:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

JOSE RAMON RIVERA ROSA,
et al.,

    Plaintiffs,

v.      CIVIL NO. 98-1734 (RLA)

MINDY LEE CORPORATION,
et al.,

    Defendants.

## OMNIBUS ORDER DENYING MOTION REGARDING DEPOSITION COSTS AND EXPENSES AND MOTION FOR RECONSIDERATION

The following matters pending in this action are hereby disposed of as follows.

### Deposition Costs and Expenses

The Motion Requesting Order Regarding Deposition Costs and Expenses, filed by codefendant MINDY LEE CORPORATION on November 23, 1999 (docket No. **49**) is **DENIED**. The Court is not in a position to grant the relief requested based on the extant record given counsel's conflicting versions of the events.[1]

### Reconsideration

Plaintiffs' Motion for Reconsideration, filed on November 23, 1999 (docket No. **50**) is **DENIED**. At the time the Court issued its

---

[1] See Plaintiffs' Motion in Opposition... filed on December 6, 1999 (docket No. **51**).

CIVIL NO. 98-1734 (RLA)                                              Page 2

order dismissing CARNIVAL CREATION, INC. - **six weeks** after expiration of the deadline for service of process - there was no indication in the record of compliance thereof by plaintiffs.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 14th day of December, 1999.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)