UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN RAMON RIVERA-ROSA

v.    CIVIL NO. 98-1734 (RLA)

MINDY LEE CORPORATION

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 12/15/99   Docket # 53<br><br>[X] **Def.** | **NOTED.** Plaintiff's counsel is admonished that failure to notify opposing counsel with copy of documents filed henceforth will result in the imposition of sanctions. |
| Title: MOTION REQUESTING ORDER REGARDING SERVICE OF DOCUMENTS | |

December 20, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:    EOD:

By: # 54