IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE RAMON RIVERA ROSA,
et al.,

    Plaintiffs,

    v.

MINDY LEE CORPORATION,
et al.,

    Defendants.

CIVIL NO. 98-1734 (RLA)

### MINUTES OF PRETRIAL/SETTLEMENT CONFERENCE HELD ON JANUARY 20, 2000 AND SCHEDULING FURTHER PRETRIAL CONFERENCE

At the Pretrial/Settlement Conference held on January 20, 2000 from 3:30 p.m. to 4:45 p.m. plaintiff was represented by ANIBAL ESCANELLAS RIVERA, ESQ. Defendant MINDY LEE CORP. was represented by CARLOS J. GROVAS-PORRATA, ESQ. and JAMES BELK ARCE, ESQ.

Defendant's Motion requesting deposition costs and expenses (docket No. **55**) was **GRANTED**. Defendant shall submit a motion itemizing expenses related to the continuation of the deposition of SELLY SEISE **on or before January 27, 2000.**

Settlement was extensively discussed but was not achieved because defendant's principal could not be reached to obtain his authorization. Defendant will waive the deposition-related costs if the case is settled.

In the event that settlement is not reached, a FURTHER PRETRIAL CONFERENCE was set for **January 24, 2000 at 5:00 p.m.**

The parties were reminded that the deadline for submission of the material required by the Standing Order applicable to civil trials is **January 26, 2000** and that TRIAL remains set for **February 1, 2000.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 21st day of January, 2000.

RAYMOND L. ACOSTA
United States District Judge